**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SASHA KILAUREN,                    )    NO. CV 07-5498-E
                                   )
                Plaintiff,         )
                                   )
    v.                             )    ORDER TO SHOW CAUSE
                                   )
MICHAEL J. ASTRUE, COMMISSIONER    )
OF SOCIAL SECURITY ADMINISTRATION, )
                                   )
                                   )
                Defendant.         )
_____)

Within thirty (30) days of the date of this order, Laura Lackey-Krank shall file papers attempting to show cause, if there be any, why she should not be sanctioned monetarily for violating paragraph VI of this Court's Order, filed August 31, 2007.  See "Notice of Motion and Motion for Summary Judgment; and Memorandum of Points and Authorities," filed December 26, 2007 (violating the Court-ordered page limitation); see also "Notice of Motion and Motion for Summary Judgment; and Memorandum of Points and Authorities," signed and filed by Ms. Lackey-Krank in Bonilla v. Barnhart, CV 06-94(E) (violating the Court-ordered page limitation in that case); "Memorandum Opinion and

Order of Remand" in <u>Bonilla v. Barnhart</u>, CV 06-94-E at n.1 (observing that Plaintiff's motion had violated the Court-ordered page limitation and admonishing counsel to heed the Court's orders in the future).

DATED:   February 28, 2008.


_____/S/ _____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE